UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Gary A. Bennett, | : | |
| Debtor. | : | Case No. 19-30950 |

**DEBTOR'S MOTION TO VOLUNTARILY DISMISS HIS CHAPTER 13 CASE**

Now comes the Debtor, Gary A. Bennett, by and through Counsel, and moves this Honorable Court pursuant to 11 USC 1307 to voluntarily dismiss his Chapter 13 case.

This case has not been previously converted under 706, 1112 or 1208 of this title.

**Wherefore**, the Debtor prays for this Honorable Court to grant his Motion to voluntarily dismiss his Chapter 13 case.

Respectfully submitted,
The Debtor,
By her Attorney,

/s/ Terry M. Ford                                                                 January 6, 2020
Ford, Quinn & Associates, P.C.
191 Chestnut Street, 5th Floor
Springfield, MA 01103
t. 413-736-3611
f. 413-736-4531
tford@fqdlaw.com

01/06/2020 GRANTED. THIS CASE IS HEREBY DISMISSED.